UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 21-cr-20362-8
Hon. Matthew F. Leitman

D8, DEMETRIC MASQUISE HALL,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION TO MODIFY BOND CONDITIONS (ECF No. 187)

On June 3, 2022, Defendant Demetric Masquise Hall filed a motion to remove electronic surveillance as a condition of his pre-trial release. (*See* Mot., ECF No. 187.) For the reasons explained in the motion, the motion is **GRANTED**. All other conditions of release that the Court previously ordered shall remain in effect until further order of the Court.

    **IT IS SO ORDERED**.

                                                  s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: June 9, 2022

1

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 9, 2022, by electronic means and/or ordinary mail.

                                          s/Holly A. Ryan
                                          Case Manager
                                          (313) 234-5126